**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Maria Robien Nadhar, *et al.*,

Plaintiffs,

v.

Joseph B. Edlow,

Defendant.

No. CV-26-00810-PHX-JJT

**ORDER**

After review of the docket, the Court notes that service was made on Defendant Joseph B. Edlow on February 18, 2026 (Doc. 9). Several orders have been issued extending the time to answer (Docs. 11, 13, 15). The deadline for filing an answer has elapsed. No answer has been filed by said Defendant and no application for entry of default has been made.

**IT IS ORDERED** that counsel for the Plaintiffs apply for entry of default or file a status report as to Joseph B. Edlow within seven days of the date of this Order concerning the status of the claims against said Defendant.

**IT IS FURTHER ORDERED** that the matter will be dismissed without further notice as to Defendant if counsel fails to apply for entry of default or file a status report within seven days of the date of this Order.

Dated this 28th day of July, 2026.

Honorable John J. Tuchi
United States District Judge